1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant
   ALFONSO MEXICANO BLAS
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11
                                        )
12 UNITED STATES OF AMERICA,             )   No. CR 12-00759 DLJ
                                        )
13           Plaintiff,                  )   STIPULATION TO CONTINUE STATUS
                                        )   CONFERENCE; [] ORDER
14 vs.                                   )
                                        )
15 ALFONSO MEXICANO BLAS,                )
                                        )
16           Defendant.                  )
   _____
17
         Plaintiff United States of America, by and through Special Assistant United States
18
   Attorney Carolyne Sanin, and Defendant ALFONSO MEXICANO BLAS ("Mr. Mexicano"), by
19
   and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby
20
   stipulate that the status conference in this case should be continued from November 8, 2012, at
21
   9:00 a.m., to November 29, 2012, at 9:00 a.m.
22
         1. Mr. Mexicano has been charged in an Information with a violation of 8 U.S.C. § 1326
23
   (a) and (b).
24
         2. A status conference before this Honorable Court has been scheduled for November 8,
25
   2012, at 9:00 a.m.
26 STIPULATION TO CONTINUE HEARING;
   [] ORDER
   No. CR 12-00759 DLJ
                                            1

1  3. Counsel for Mr. Mexicano needs additional time to review the discovery provided to
2  date, and additional discovery may yet be provided, and to meet and to further discuss the case
3  with Mr. Mexicano.
4  4. Mr. Mexicano respectfully requests that the status hearing be continued as requested,
5  and agrees to the exclusion of time from November 8 to November 29, 2012, pursuant to 18
6  U.S.C. § 3161 (h)(7)(A).
7  5. Accordingly, the parties request that the status hearing be continued from November
8  8 to November 29, 2012.
9  IT IS SO STIPULATED.

                    Respectfully submitted,

                    STEVEN G. KALAR
                    Federal Public Defender

                    /s/

Dated: November 5, 2012      ROBERT M. CARLIN
                    Assistant Federal Public Defender

                    UNITED STATES ATTORNEY

                    /s/

Dated: November 5, 2012
                    CAROLYNE SANIN
                    Special Assistant United States Attorney

STEVEN G. KALAR
Federal Public Defender
STIPULATION TO CONTINUE HEARING;
[] ORDER
No. CR 12-00759 DLJ

1  ROBERT M. CARLIN
   Assistant Federal Public Defender
2  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
3  Telephone:  (408) 291-7753

4  Counsel for Defendant
   ALFONSO MEXICANO BLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00759 DLJ |
| Plaintiff, ) | [] ORDER ON STIPULATION |
| ) | TO CONTINUE STATUS CONFERENCE |
| vs. ) | |
| ALFONSO MEXICANO BLAS, ) | |
| Defendant. ) | |

**[] ORDER**

1. 1. Mr. Mexicano has been charged in an Information with a violation of 8 U.S.C. § 1326 (a) and (b).

2. A status conference before this Honorable Court has been scheduled for November 8, 2012, at 9:00 a.m.

3. Counsel for Mr. Mexicano needs additional time to review the discovery provided to date, and additional discovery may yet be provided, and to meet and to further discuss the case with Mr. Mexicano.

//

STIPULATION TO CONTINUE HEARING;
[] ORDER
No. CR 12-00759 DLJ

3

1    4. There is good cause for the requested continuance, and the "ends of justice" served by
2    taking such action "outweigh the best interest of the public and the defendant in a speedy trial."
3    18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from November 8 to November 29, 2012, is
4    excluded pursuant to section § 3161 (h)(7)(A).
5    5. The status hearing in this matter shall be continued from November 8 to November
6    29, 2012, at 9:00 a.m.
7    IT IS SO ORDERED.

9    Dated: _____    _____
                                      HON. D. LOWELL JENSEN
10                                    United States District Judge

26   STIPULATION TO CONTINUE HEARING;
     [] ORDER
     No. CR 12-00759 DLJ

4